FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 2 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:10-CR-576-KJD (GWF)
)
BRYAN HISER, aka Brian Hiser, )
)
Defendant. )

**FINAL ORDER OF FORFEITURE**

On August 9, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant BRYAN HISER, aka Brian Hiser, to criminal offenses, forfeiting specific property alleged in the Superseding Indictment, and shown by the United States to have the requisite nexus to the offense to which defendant BRYAN HISER, aka Brian Hiser, pled guilty. Docket #22, #46, #47.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 12, 2011, through to September 10, 2011, notifying all known third parties of their right to petition the Court. #49.

On August 24, 2011, copies of the Preliminary Order of Forfeiture and Notice were served upon Robert Marvel, a potential stolen weapon owner, through the United States Marshals Office. #48.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a) Smith & Wesson, .357 caliber revolver, model 66-2, serial number AEU3864;

    b) H & K, .45 caliber revolver, model USP Expert, serial number 25-075220;

    c) two (2) rounds of RP .45 caliber ammunition;

    d) two (2) rounds of Federal .45 caliber ammunition; and

    e) any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 22nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE